PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: <u>Michael Craig Pete</u>    Case Number: <u>A-12-CR-297(1)SS</u>

Name of Sentencing Judicial Officer: <u>The Honorable Sam Sparks, United States District Judge, Western District of Texas-Austin Division</u>

Date of Original Sentence:  <u>November 20, 2012</u>

Original Offense: <u>Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)</u>

Original Sentence: <u>120 months imprisonment, followed by three (3) years supervised release with special conditions: drug and mental health evaluation; alcohol abstinence; take medication as directed; participate in a workforce development program; search condition; payment of a $100 special assessment</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>January 13, 2021</u>

Assistant U. S. Attorney: <u>Ashley C. Hoff</u>    Defense Attorney: <u>Jon Evans (appointed)</u>

---

## PREVIOUS COURT ACTION

On January 26, 2023, the defendant's case was transferred to U.S. District Judge Lee Yeakel, sitting in the Western District of Texas, Austin Division.

## NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision."

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance."

Michael Craig Pete
Report on Offender Under Supervision
Page 2

**Nature of Noncompliance:** On January 5, 2023, the defendant submitted a urine sample that tested positive for the use of marijuana. On January 15, 2023, the specimen was confirmed positive for marijuana. The defendant initially denied ingesting marijuana, however, he later admitted to the violation. He has agreed to participate in substance abuse counseling and increased urine surveillance.

**U.S. Probation Officer Action:** Based on the defendant's willingness to participate in substance abuse counseling and increased urine surveillance, if Your Honor finds it suitable, no further adverse action is recommended.

Respectfully submitted,

Kathleen Dow
United States Probation Officer
Date: 1/30/2023

Approved:

Craig A. Handy
Supervising United States Probation Officer

**THE COURT ORDERS:**

[X]  No Action
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Honorable Susan Hightower
United States Magistrate Judge

Date:  January 30, 2023